# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

───────────

No. 13-41210
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

September 9, 2014

Lyle W. Cayce
Clerk

───────────

UNITED STATES OF AMERICA,

Plaintiff−Appellee,

versus

JUAN LEDEZMA,

Defendant−Appellant.

─────────────────

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:13-CR-130-32

─────────────────

Before SMITH, WIENER, and ELROD, Circuit Judges.

PER CURIAM:[*]

Juan Ledezma was convicted of conspiracy to possess with the intent to

───────────────

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-41210

distribute methamphetamine, cocaine, and marihuana. His sole issue on appeal is that he was deprived of a fair trial because his counsel was ineffective.

As Ledezma acknowledges, the general rule is that ineffective-assistance claims cannot be resolved on direct appeal unless the issue has first been raised before the district court. *See United States v. Haese*, 162 F.3d 359, 363 (5th Cir. 1998). Ineffective assistance was not raised in the district court, and the record is not sufficiently developed for us to deviate from the general rule. The judgment is AFFIRMED.